COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 IN RE: ROSA SERRANO, 
  
 RELATOR.
 
 
 §
  
 §
  
 §
 
 
 
 
 
 No.
 08-11-00294-CV
  
 ORIGINAL
 PROCEEDING
 
 
 
 
 ON PETITION
 FOR WRIT OF MANDAMUS
 
 
 
 
 
 
 
 
  
 
 
 §
  
 
 
  
 
 
 
 
 
 
  
 
 


MEMORANDUM  OPINION

 

Relator, Rosa
Serrano, pro se, is requesting that
this Court issue a writ of mandamus against the Honorable Barbara Perez, Judge,
of the Justice of the Peace Court Number Five of El Paso County.  Because this Court’s mandamus authority does
not include the Respondent in this case, the petition is Denied.  See
Tex.Gov’t Code Ann. § 22.221(b)(West
2004).

 

 

January 18, 2012

                                                                        CHRISTOPHER
ANTCLIFF, Justice

 

Before McClure, C.J., Rivera, and Antcliff,
JJ.